certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. George I. Haight* and *William D. McKenzie* for respondent.

No. 452. CORN EXCHANGE NATIONAL BANK & TRUST CO. ET AL. *v.* KLAUDER, TRUSTEE. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Thomas P. Mikell, Allen S. Olmsted, 2d, Maurice Bower Saul,* and *Charles J. Biddle* for petitioners.

No. 429. SMITH *v.* SHAUGHNESSY, COLLECTOR OF INTERNAL REVENUE. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. George R. Fearon* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Benjamin M. Brodsky* for respondent.

No. 436. DE ZON *v.* AMERICAN PRESIDENT LINES, LTD. November 9, 1942. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is also granted.

No. 453. MARSHALL FIELD & CO. *v.* NATIONAL LABOR RELATIONS BOARD. November 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Preston B. Kavanagh*